## CLAP V. LOCKWOOD ET AL.

When numbers are joined in a suit; depositions cannot be improved against such of them as are not notified of the taking; but each person must have notice; if within the distance, the statute prescribes.

THIS was an action of trover against several defendants. Mr. Davenport, for the plaintiff, offered to read a deposition taken out of court; but it appeared that one of the defendants was neither notified or present at the taking thereof, although he lived within four miles of the place of caption. And,

By the COURT. It was rejected, as it respected the defendant not notified; because the defendants have a right to plead severally, and they may have different defenses; and the questions put by those who were present may be inapplicable to the defense of the one not present, and he might thereby be defeated of the benefit of cross-examination.